ANNA KLARKIS, Appellant, v. JOSEPH KLARKIS, Respondent.— Order, as resettled, denying motion to punish defendant for contempt reversed upon the law and the facts, without costs, and motion granted, without costs. Defendant may purge himself of contempt by paying the amount of alimony accrued and unpaid up to the time of the making of the motion in the sum of five dollars weekly, commencing with the date of this order. The defendant may move, if so advised, to modify the separation judgment, as to the merits or propriety of which we express no opinion. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents and votes to affirm. Settle order on notice.

EMIL F. KUPFER, Respondent, v. E. A. WHITE ORGANIZATION, INC., and EARL A. WHITE, Appellants, and JOHN D. MAHER, Defendant.— Order referring action to official referee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LARSEN & JESPER BUILDING Co., INC., on Behalf of Itself and All Other Creditors of ARGYLE MEAT MARKETS, INC., Respondent, v. HYMAN TANTLEFF and ARGYLE MEAT MARKETS, INC., Appellants.— Order granting plaintiff's motion for the appointment of a temporary receiver affirmed, with ten dollars costs and disbursements. Order denying defendants' motion to dismiss complaint for insufficiency affirmed, without costs, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ISAAC A. LICHENSTEIN and LOUIS LICHENSTEIN, Respondents, v. JAMES I. DAVIS and ALICE E. DAVIS, His Wife, Appellants.— Appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JAMES MANTELL, Respondent, v. JOHN CONNOR and Others, Copartners Doing Business under the Firm Name and Style of CONNOR BROTHERS, Appellants, and Another, Defendant.— Order denying defendants' motion to vacate notice of examination of defendant Peter Connor before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice before the county judge of Nassau county at the place and hour stated in the order. The subject-matter of this examination is not necessarily the same as the subject-matter involved in the indictment. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents and votes for reversal upon the ground that said defendant is under indictment in connection with the work upon which, in whole or in part, plaintiff seeks to recover and should not be subjected to an examination before trial as a matter of sound discretion.

MARESI MAZZETTI CORPORATION, Appellant, v. REGINA BLANK, Respondent. (Appeal No. 1.) — Order granting defendant's motion for a bill of particulars affirmed, with ten dollars costs and disbursements, the bill to be furnished within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.